IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


JAMES LEE BROWN, ET AL.                                                PLAINTIFFS


v.                                   No. 4:05CV01076 GH


JANICE MARIE LEE, ET AL.                                              DEFENDANTS


## ORDER

On August 5th, Delphi Automotive Systems and General Motors removed this case from the

Pulaski County Circuit Court on the basis of plaintiffs' July 8th "Amendment to Complaint; Motion

for Class Certification." A review of plaintiffs' July 8th pleading reveals that plaintiffs incorporated

by reference the original complaint and the previous amendments pursuant to Ark. R. Civ. P. 10(c).

Now that this case is in federal court, the Court is persuaded that plaintiffs should file, within

20 days of the file-date of this order, an amended and substituted complaint as well as separate

motion for class certification that complies with the applicable requirements of the Federal Rules

of Civil Procedure and the Local Rules regarding amended complaints and class actions.

Furthermore, consistent with the Eighth Circuit's recent reminder in the case of In re

Wireless Telephone Federal Cost Recovery Fees Litigation, 396 F.3d 922, 928 (8th Cir. 2005), that

"[i]t is well-established that an amended complaint supercedes an original complaint and renders

the original complaint without legal effect," all motions to dismiss, motions for partial summary

judgment and motions for summary judgment filed in state court prior to the July 8th amendment to

complaint have been rendered moot. All other motions filed in state court prior to removal are

-1-

denied without prejudice to be re-filed in conformity with the Federal Rules of Civil Procedure, the

Local Rules and this Court's orders.

      IT IS SO ORDERED this 23rd day of August, 2005.

                                           _____

                                         UNITED STATES DISTRICT JUDGE