**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMES LEE BROWN AND**                        **CASE NO. 4:05-cv-1076 GH**
    **ROSELEEN BROWN,**
            **Plaintiffs**

vs.

**JANICE MARIE LEE,
GENERAL MOTORS CORP.,
STATE FARM MUTUAL AUTOMOBILE
INS. CO., AUTOLIV ASP, INC.,
HAMLIN, INCORPORATED, AND
DELPHI AUTOMOTIVE SYSTEMS USA, INC.,**
            **Defendants**

**ORDER GRANTING MOTION FOR
ADMISSION OF COUNSEL *PRO HAC VICE***

Upon Motion to admit counsel on a *pro hac vice* basis by James D. Robertson of the law firm of BARBER, MCCASKILL, JONES, & HALE, P.A., J. Karl Viehman of the law firm of HARTLINE, DACUS, BARGER, DREYER & KERN, L.L.P. is hereby admitted to practice before this Court as co-counsel for Defendant General Motors Corporation in this particular action only, pursuant to the Eastern District of Arkansas rules governing admissions to the bar.

It is so ORDERED this 1st day of September, 2005.

*George Howard, Jr.*
**UNITED STATES DISTRICT JUDGE**