**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**JAMES LEE BROWN AND**                                 **CASE NO. 4:05-cv-1076 GH**
       **ROSELEEN BROWN,**
                                    **Plaintiffs**

**vs.**

**JANICE MARIE LEE,
GENERAL MOTORS CORP.,
STATE FARM MUTUAL AUTOMOBILE
INS. CO., AUTOLIV ASP, INC.,
HAMLIN, INCORPORATED, AND
DELPHI AUTOMOTIVE SYSTEMS USA, INC.,**
                                    **Defendants**


**ORDER GRANTING MOTION FOR
<u>ADMISSION OF COUNSEL *PRO HAC VICE*</u>**


Upon Motion to admit counsel on a *pro hac vice* basis by James D. Robertson of

the law firm of BARBER, MCCASKILL, JONES, & HALE, P.A., Cary A. Slobin of the law firm

of HARTLINE, DACUS, BARGER, DREYER & KERN, L.L.P. is hereby admitted to practice

before this Court as co-counsel for Defendant General Motors Corporation in this

particular action only, pursuant to the Eastern District of Arkansas rules governing

admissions to the bar.

It is so ORDERED this 1st day of September, 2005

_____
**UNITED STATES DISTRICT JUDGE**